WILLIAM G. SLATER et al., Respondents, *v.* HANNA McGUIRE, Appellant.

(Submitted March 3, 1893; decided March 21, 1893.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 14, 1891, which reversed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit and reversed an order denying a motion for a new trial and granted a new trial.

*Norman A. Lawlor* for appellant.

*Daniel Haight* for respondents.

Agree to affirm order and for judgment in favor of plaintiffs on stipulation; no opinion.
All concur.
Judgment accordingly.